IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO (DENVER)

| | |
|---|---|
| DIGIMAX, INC., et al, | ) CASE NO. 04-CV-1468 |
| Plaintiffs, | ) JUDGE: Phillip S. Figa |
| vs. | ) MAGISTRATE: Michael J. Watanabe |
| ADELPHIA COMMUNICATIONS CORP. | ) |
| Defendant | ) |

( Docket P. 29 )

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 3 2005

GREGORY C. LANGHAM
CLERK

**ORDER GRANTING**

PLAINTIFFS' *MOTION FOR LEAVE TO FILE AMENDED COMPLAINT*
AND
*MOTION TO MODIFY SCHEDULING ORDER TO EXTEND
CERTAIN DISCOVERY RELATED DEADLINES*

Plaintiffs have filed two motions in this matter: (1) *Motion for Leave to File Amended Complaint*; and (2) *Motion to Modify Scheduling Order to Extend Certain Discovery-related Deadlines*. For good cause shown, the Court hereby GRANTS the Plaintiff's Motions. Plaintiffs are granted leave to file an amended complaint herein within twenty-one (21) days of the date of this entry. The deadline for completion of discovery is hereby continued to August 15, 2005, and the deadline for filing dispositive motions is hereby continued to September 30, 2005.

IT IS SO ORDERED.

JUDGE/MAGISTRATE

cc: Counsel of Record

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

-1-