IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01468-PSF-MJW

DIGIMAX, INC., et al.,

Plaintiff(s),

v.

ADELPHIA COMMUNICATIONS CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion to Amend Its Answer and to Modify Scheduling Order (docket no. 24) is GRANTED IN PART AND DENIED IN PART. The portion of this motion requesting an amendment to the Answer is GRANTED. The Amended Answer is accepted for filing as of the date of this order. The remainder of the motion requesting a modification of the Scheduling Order is now MOOT based upon this court's ruling on docket no. 29 and therefore DENIED.

Date: June 21, 2005