IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01468-PSF-MJW

DIGIMAX, INC., a Pennsylvania corporation;
MEDLEY & COMPANY, an Ohio corporation; and
CABLE EQUIPMENT LOCATORS, INC., a Pennsylvania corporation,

    Plaintiffs,

v.

ADELPHIA COMMUNICATIONS CORPORATION, a Delaware corporation,

    Defendant.

## ORDER GRANTING MOTION TO MODIFY COURT'S ORDER
## RE FILING DISMISSAL PAPERS

    THE COURT, having reviewed the parties' Joint Motion to Modify the Court's Octocer 5, 2005 Order Re Filing of Dismissal Papers (Dkt. # 63), and being fully advised in the premises,

    HEREBY ORDERS as follows:

    The parties shall file dismissal papers in this case no later than two business days from their receipt of notice of the approval of their proposed settlement by the United States Bankruptcy Court for the Southern District of New York in the case styled *In Re Adelphia Communications Corporation, et al.*, Case No. 02-41729 (REG). If dismissal papers have not been filed with this Court by **November 15, 2005**, the parties shall file a joint status report as to the settlement by that date.

    DATED: October 25, 2005

                                                                 BY THE COURT:

                                                                 s/ Phillip S. Figa
                                                                 _____
                                                                 Phillip S. Figa
                                                                 United States District Judge