IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01468-PSF-MJW

DIGIMAX, INC., a Pennsylvania corporation;
MEDLEY & COMPANY, an Ohio corporation; and
CABLE EQUIPMENT LOCATORS, INC., a Pennsylvania corporation,

    Plaintiffs,

v.

ADELPHIA COMMUNICATIONS CORPORATION, a Delaware corporation,

    Defendant.

## ORDER RE: STATUS REPORT

In light of Defendants' Status Report re Status of Settlement (Dkt. # 65), filed November 15, 2005, it is ORDERED that the parties shall file dismissal papers no later than November 28, 2005, or shall file by that date a further status report showing good cause why the settlement has not yet been finalized.

    DATED: November 16, 2005

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge