IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01468-PSF-MJW

DIGIMAX, INC., a Pennsylvania corporation;
MEDLEY & COMPANY, an Ohio corporation; and
CABLE EQUIPMENT LOCATORS, INC., a Pennsylvania corporation,

    Plaintiffs,

v.

ADELPHIA COMMUNICATIONS CORPORATION, a Delaware corporation,

    Defendant.

---

## ORDER GRANTING MOTION FOR DISMISSAL

The parties' Joint Motion for Dismissal With Prejudice (Dkt. # 69) is GRANTED. This matter is hereby ORDERED DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys fees.

    DATED: November 30, 2005

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge